USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-23-11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
WOODROW WILSON PREACELY,            :
                                    :
                Plaintiff,          :
                                    :   10 Civ. 4377 (JSR)
       -v-                          :
                                    :   ORDER
AAA TYPING & RESUME, INC.,          :
                                    :
                Defendants.         :
------------------------------------x

JED S. RAKOFF, U.S.D.J.

     On May 10, 2011, the Honorable James C. Francis, United States Magistrate Judge, issued a Report and Recommendation ("Report") in the above-captioned matter recommending that the Court dismiss the complaint in its entirety. Neither party has filed any objection to the Report, and, for that reason alone, the parties have waived any right to further appellate review. See Thomas v. Arn, 474 U.S. 140, 147-48 (1985); Wagner & Wagner, LLP v. Atkinson, Haskins, Nellis, Brittingham, Gladd & Carwile, P.C., 596 F.3d 84, 92 (2d Cir. 2010). Accordingly, the Court hereby adopts the Report, and, for the reasons stated therein, dismisses the complaint, with prejudice. Clerk to enter judgment.

     SO ORDERED.

Dated: New York, NY
       August 22, 2011                  JED S. RAKOFF, U.S.D.J.